5:22cv149 Prince
Mazzone

FILED
JUN 09 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

To whom it may Concern.

These photographs are obviously taken before the brutal assault had taken place on me. The photographs show the scene of my home as well.

I'm truely an innocent man. And I'm truly scarred from all of these awful things.

I soo desperate. Someone please help me!

- I suffer from depression
- Severe anxiety.
- Public humiliation.
- Loose teeth.
- A bone chip in my elbow.
- I'm mentally and physically scarred from this completely awful tragety.

I've been beat by police officers. On video! Slandered by them as well. I've been slandered and humiliated by the governer. He said that he was going to make me a prime example of child abuse. Slandered and completely

humiliated on the news and news papers. I had to make the police get me medical treatment. I'm soo imbarrassed and hurt.

I was beat to the point that I urined and pooped myself! It's awful. The courts nor my attorney has yet to even bring any of this up. Or mention it. The courts haven't even taken me to the courthouse for any of my hearings. And repeatedly deny my civil and constitutional rights. All of this is of course on record. My sister will be sending your office pictures and text messages as well! I have trial August 9th. I'm scared for my life. Please! Please help! I have written soo many people and have not heard anything back. Please atleast look into this. I can prove all of my innocents. And prove, the awful things that have happened! Thank you soo much! Sincerely,
Samuel Workman