IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**SAMUEL WORKMAN,**

    Plaintiff,

v.                                        **Civil Action No. 5:22-CV-149**
                                            Judge Bailey

**TYGART VALLEY REGIONAL JAIL,**

    Defendants.

## ORDER OF DISMISSAL

On June 9, 2022, plaintiff filed a *pro se* letter which this Court construed as a Complaint under 42 U.S.C. § 1983. On the same date, the plaintiff was sent a Notice of Deficient Pleading and Intent to Dismiss [Doc. 2], informing him that he must file his Complaint on the Court-approved form within thirty days. On July 11, 2022, plaintiff re-filed his Complaint on a Court-approved form, and it was assigned case number 5:22-CV-172.

On September 12, 2022, plaintiff filed a letter stating that he did not intend for Tygart Valley Regional Jail to be a defendant, along with several items: a new (though incomplete) court-approved form, which names the same defendants as the case in 5:22-CV-172; a page from the court's Consent to Collection of Fees form; and a Prisoner Trust Account Statement and Ledger Sheet. Having reviewed these filings, an in particular the included complaint form, it is clear that this case and Civil Action Number

1

5:22-CV-172 are duplicates. Accordingly, this case is hereby **DISMISSED**. Plaintiff's claims will proceed under 5:22-CV-172.

It is so **ORDERED**.

The Clerk shall mail a copy of this Order to the *pro se* plaintiff by certified mail, return receipt requested.

DATED: September 13, 2022.

JOHN PRESTON BAILEY
**UNITED STATES DISTRICT JUDGE**